

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2021

No. 04-21-00397-CR

**IN RE** Ivan Ruano **NAVA**, Relator

Original Proceeding[1]

### ORDER

In accordance with this court's opinion of this date, relator's petition for writ of mandamus is DISMISSED AS MOOT. Relator's motion for leave to file a petition for writ of mandamus and motion to withdraw are DENIED AS MOOT.

It is so **ORDERED** on October 6, 2021.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of October, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 10322CR, styled *Ex parte Ivan Ruano Nava*, pending in the 63rd Judicial District Court, Kinney County, Texas, the Honorable Enrique Fernandez presiding.